CAPS Unlimited, Inc., Plaintiff-Respondent, 
against
K.A.C.F. Credit Union, Defendant-Appellant.




Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered on or about June 7, 2016, after trial, in favor of plaintiff and awarding it damages in the principal amount of $4,517.91.




Per Curiam.
Judgment (Verna L. Saunders, J.), entered on or about June 7, 2016, affirmed, without costs.
The trial court achieved "substantial justice" consistent with substantive law principles (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]) in imposing liability upon defendant credit union for payment of checks from plaintiff's account that were not "properly payable" (UCC § 4-401[1]), i.e., fraudulent checks (see Putnam Rolling Ladder Co. v Manufacturers Hanover Trust Co., 74 NY2d 340, 345 [1989]). Contrary to defendant's contention, a fair interpretation of the evidence supports a finding that plaintiff exercised reasonable care and promptness in examining its statements and timely notifying defendant of the forgeries (see UCC § 4-406[1]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 18, 2019